**FILED**

**United States District Court**
Eastern District of North Carolina
Western Division

MAY 17 2024

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Case No. 5:24-CT-3126-M

(To be filled out by Clerk's Office only)

Lawrence Woodard

Inmate Number 05206-084

*(In the space above enter the full name(s) of the plaintiff(s).)*

## COMPLAINT

*(Pro Se* Prisoner)

-against-

Federal Bureau of Prisons, et al.

Jury Demand?
☐ Yes
☒ No

See Attached

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I.  COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☑  42 U.S.C. § 1983 (state, county, or municipal defendants)

☒  Action under *Bivens v. Six Unknown Federal Narcotics Agents,* 403 U.S. 388 (1971) (federal defendants)

☒  Action under Federal Tort Claims Act (United States is the proper defendant; must have presented claim in writing to the appropriate Federal agency and received a notice of final denial of the claim pursuant to 28 U.S.C. § 2401(b))

## II.  PLAINTIFF INFORMATION

Lawrence Woodard
Name

05206-084
Prisoner ID #

F.C.I. Edgefield
Place of Detention

Post Office Box 725
Institutional Address

Edgefield              South Carolina          29824
City                   State           Zip Code

## III.  PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐  Pretrial detainee  ☐ State  ☐ Federal
☐  Civilly committed detainee
☐  Immigration detainee
☑  Convicted and sentenced state prisoner
☒  Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Federal Bureau of Prisons

Name

N/A

Current Job Title

Current Work Address

City                                    State                    Zip Code

Capacity in which being sued: ☐ Individual ☒ Official ☐ Both


Defendant 2: Warden L.B. Kelly

Name

Warden - Butner F.C.I. 2

Current Job Title

PO Box 1600

Current Work Address

Butner                                  NC                       27509

City                                    State                    Zip Code

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Page 3 of 10

## Defendant(s) Continued

Defendant 3: Muscle

Name

Safety Supervisor - Butner F.C.I. 2

Current Job Title

PO Box 1600

Current Work Address

| Butner | NC | 27509 |
|--------|-------|----------|
| City | State | Zip Code |

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both


Defendant 4: O. Rodriguez

Name

NP-C, Medical Provider, Butner F.C.I. **2**

Current Job Title

PO Box 1600

Current Work Address

| Butner | NC | 27509 |
|--------|-------|----------|
| City | State | Zip Code |

Capacity in which being sued: ☐ Individual ☐ Official ☒ Both

Defendant 5:   C. Carlock

Health Service Administrator - Butner F.C.I. 2

PO Box 1600

Butner, NC 27509

Capacity:|| Individual || Official || (Both)

Defendant 6:   Nicholas Bell

L/A Unit Manager - Butner F.C.I. 2

PO Box 1600

Butner, NC 27509

Capacity: || Individual || Official || (Both)

Defendant 7:   Keller

L/A Unit Counselor - Butner F.C.I. 2

PO Box 1600

Butner, NC 27509

Capacity: || Individual || Official || (Both)

Defendant 8:   Wright

Captain - Butner F.C.I. 2

PO Box 1600

Butner, NC 27509

Capacity: || Individual || Official || (Both)

## V.    STATEMENT OF CLAIM

Place(s) of occurrence:  Butner F.C.I. 2

Date(s) of occurrence:  June 8, 2022

State which of your federal constitutional or federal statutory rights have been violated:

_State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you._

FACTS:

> Who did what to you?

F.C.I. Butner 2 Unit Team staff placed me in a cell known to them to be infested with bed bugs. Unit Team staff had previously (and currently) posted notifications on the unit bulletin board acknowledging the presence of bed bugs and to notify staff if presented with symptoms.

On June 8, 2022 I was placed in the Special Housing Unit (SHU) at the direction of Safety Supervisor Mr. Muscles for quarantine. Mr. Muscles told me that medical staff would come to complete a physical assessment on me to verify that the issues were in fact bed bugs. This assessment was never completed.

F.C.I. Butner 2 Medical Staff was not made aware of my need to be seen until June 10, 2022 at which time, without completing any type of injury assessment, prescribed me medical cream but did not give the cream to me at that time. At no time did medical staff actually see me. The medical cream was delivered by pharmacy staff on June 13, 2022 shortly before being released from SHU.

See continuation on next page

FACTS: Who did what to you? Continued

F.C.I. Butner 2 staff held me in the SHU, a housing area specifically designed for discipline of offenders who commit violations of BOP policy warranting punishment. I was in the SHU from June 8 - 13, 2022 without movement, access to phone or email communication with my loved ones, reading materials such as books or magazines, as well as my personal property. As well as, and pertinent to this claim, no access to medical sick call.

**What happened to you?**

I was bitten by bed bugs which caused me to be unable to sleep due to the biting. I developed itching skin, rashes, hives and at times my skin burned. These symptoms lasted four days.

I suffered these issues for 5 days and at no time was I seen by medical staff, given medication or cream during those 5 days to help eleviate the pain and persistence of the bites.

In addition, I was cut off from all access to communicating with my family for help or even just the emotional support they could provide me by simply assuring me that "it's going to be ok". I was locked in a room without access to recreation or the law library.

**When did it happen to you?**

These events occurred on June 8 - 13, 2022. For several days following pharmacy staff providing me with the medical cream, the symptoms persisted. Today, I still suffer emotional distress and anxiety due to these events, just the sight of a small bug or a spot on my body raises my anxiety and causes me to stress out due to the thought of those 5 horrible days I spent segregated with no help and nothing to soothe the pain.

**Where did it happen to you?**

This all occurred at F.C.I. Butner 2 in Butner North Carolina. Shortly after the incident, I began the administrative remedy process and was subsequently transferred to another facility.

My short term injuries were itching, hives, rashes and burning skin. The long term injuries that persist today are anxiety, depression and issues of trust.

**What was your injury?**

If I see a small bug, even though I know its hard to see a bed bug with the human eye, my mind tells me that its a bed bug and I immediately start scouring my bed, linens, clothes and over all complete cell. I have never in my life had the fear of small bugs that I have now.

In addition, if I see a small spot of any kind on my body, I start itching all over as if my mind is telling me I've been bitten.

I will not report issues to staff because of fear of being segregated like that of a lepar. I don't trust that staff will care for my well being or just throw me in a cell with no belongings and leave me to suffer all alone for days or weeks without help.

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Have you filed a grievance concerning the facts relating to this complaint?  ☒ Yes  ☐ No

    If no, explain why not:

_____

_____

_____

_____

_____

Is the grievance process completed?  ☒ Yes  ☐ No

    If no, explain why not:

_____

_____

_____

_____

_____

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I am requesting that this Court order the Defendant's to compensate me for not only the pain and suffering that I received due to staff negligence placing me in a known position that it was a reasonable likeliness that I would be exposed to bed bugs, and the injuries sustained there after. In addition, the daily struggles that persist still today.

## VIII.  PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner?          ☒ Yes     ☐ No

If yes, how many?     1

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

Lawrence Woodard v. Warden

Summary Judgement to the BOP

2008

## IX.    PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Each Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

LW

**5 - 7 - 2024**
Dated

05206084
Plaintiff's Signature

Lawrence Woodard
Printed Name

05206-084
Prison Identification #

| PO Box 725 | Edgefield | SC | 29824 |
|---|---|---|---|
| Prison Address | City | State | Zip Code |